THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PERNEL D. WEEKES, Appellant. [614 NYS2d 917] —Appeal by the defendant from a judgment of the County Court, Nassau County (Mackston, J.), rendered April 22, 1993, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606).

We note that the defendant did not appeal from a judgment of the same court, also rendered April 22, 1993, convicting him of robbery in the first degree under S.C.I. No. 84328 since that judgment is not referred to in the notice of appeal or in the order of assignment. Bracken, J. P., Miller, Copertino, Santucci and Altman, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANSELMO SOTO, JR., Appellant, v JOHN P. KEANE, Respondent. [614 NYS2d 928] —In a habeas corpus proceeding, the appeal is from an order of the Supreme Court, Westchester County (Cowhey, J.), entered April 23, 1992, which denied the writ.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the petitioner's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). We have considered the arguments raised by the appellant in his pro se brief and find that they are frivolous. Thompson, J. P., O'Brien, Ritter and Krausman, JJ., concur.